## 18095.   FOWLER v. THE STATE.

The evidence authorized the verdict, and no error requiring a new trial appears.

DECIDED JUNE 14, 1927.

Cruelty to child; from city court of Dublin—Judge Bidgood. March 8, 1927.

*W. A. Dampier,* for plaintiff in error.

*J. A. Merrill, solicitor,* contra.

LUKE, J.   B. C. Fowler was convicted of cruelly, unreasonably, and maliciously beating Guy Boyles, an eleven year old child not his own.   The evidence fully authorized the jury's verdict, and no reversible error appears in any of the grounds contained in the amendment to the motion for a new trial.   The court's judgment overruling the motion for a new trial was eminently correct. *Judgment affirmed.   Broyles, C. J., and Bloodworth, J., concur.*

Assault and Battery, 5 C. J. p. 788, n. 2.
Criminal Law, 16 C. J. p. 1180, n. 74.
Infants, 31 C. J. p. 997, n. 31.